UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>          Plaintiff,<br><br>     v.<br><br>STU SHERMAN, et al.,<br><br>          Defendants. | Case No.: 1:15-cv-00614-AWI-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT OR STATEMENT OF VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 11)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff James Garrett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 20, 2015.

On June 1, 2016, the Court dismissed Plaintiff's complaint with leave to amend. (ECF No. 7.) Plaintiff timely filed a first amended complaint on June 24, 2015. (ECF No. 10.) On February 1, 2016, the Court dismissed Plaintiff's first amended complaint, with leave to amend. (ECF No. 11.)

On February 24, 2016, Plaintiff filed a motion for preliminary injunction. (ECF No. 12.) By a separate order, the Court issued findings and recommendations with regard to that motion. Plaintiff also stated in that motion that his second amended complaint was attached as an exhibit to that motion, for filing. However, the Court has reviewed Plaintiff's filings, including the nearly 100 pages of exhibits to that motion, and has not located any amended complaint.

///

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk's Office shall send to Plaintiff a complaint form;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a second amended complaint or a notice of voluntary dismissal;
3. Plaintiff is cautioned that he must clearly indicate on the form that the filing is his second amended complaint, and he should not submit it as an attachment to any other document; and
4. **If Plaintiff fails to file a second amended complaint in compliance with this order, the Court will recommend the dismissal of this action, with prejudice, for failure to state a claim and to obey a court order**

IT IS SO ORDERED.

Dated: **August 15, 2016**        /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE