UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>        Plaintiff,<br><br>    v.<br><br>STU SHERMAN, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-00614-AWI-BAM (PC)<br><br>ORDER REGARDING FINDINGS AND RECOMMENDATIONS ISSUED ON AUGUST 15, 2016 (ECF No. 14)<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT DOCKET |

       Plaintiff James Garrett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2016, the Court issued findings and recommendations recommending the denial of Plaintiff's motion for preliminary injunction, filed on February 24, 2016. (ECF No. 14.) That order's caption erroneously referred to a recommendation for dismissing the action for failure to state a claim. The caption was incorrect; as stated in the order, the only recommendation was for the denial of Plaintiff's motion for preliminary injunction. Consequently, to avoid confusion, the Court will direct the Clerk of the Court to amend the docket to reflect the proper recommendation. All other provisions of the Court's findings and recommendations issued on August 15, 2016, remain the same.

///

///

1

Accordingly, the Court HEREBY ORDERS that the docket entry for the findings and recommendations issued on August 15, 2016 (ECF No. 14) be amended to reflect that the Court is "recommending denial of Plaintiff's motion for preliminary injunction (ECF No. 12)."

IT IS SO ORDERED.

Dated: **August 16, 2016**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE