UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00614-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 14)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br>(Doc. 12) |

　　　　Plaintiff James Garrett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint in this action has been twice dismissed with leave to amend by the magistrate judge. (Doc Nos. 7, 11.) His second amended complaint is currently due by September 19, 2016. (Doc. 15.)

　　　　On February 24, 2016, Plaintiff filed a motion for preliminary injunction, seeking a preliminary injunction against the staff at CSATF related to medical treatment and regarding the processing of his administrative appeals. (Doc. 12.) On August 15, 2016, the magistrate judge issued findings and recommendations that Plaintiff's motion for preliminary injunction be denied for lack of jurisdiction, and because the claim for injunctive relief is moot due to Plaintiff's transfer away from CSATF. The findings and recommendations were served on Plaintiff and contained notice that any

1

objections were to be filed within fourteen (14) days after service. (Doc 14, p. 5.) More than fourteen (14) days have passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 15, 2016 (Doc. 14), are ADOPTED IN FULL;
2. Plaintiff's motion for preliminary injunction (Doc. 12) is DENIED; and
3. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   September 12, 2016                                      _____
                                                                                        SENIOR DISTRICT JUDGE