UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>    Plaintiff,<br><br>    v.<br><br>STU SHERMAN, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00614-AWI-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF No. 15)<br><br>**FOURTEEN (14) DAY DEADLINE** |

    Plaintiff James Garrett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 1, 2016, the Court dismissed Plaintiff's first amended complaint with leave to amend within thirty (30) days. (ECF No. 7.) On February 24, 2016, Plaintiff filed a motion for preliminary injunction. (ECF No. 12.) By a separate order, the Court issued findings and recommendations with regard to that motion. Plaintiff also stated in that motion that his second amended complaint was attached as an exhibit to that motion, for filing. However, the Court did not locate any second amended complaint in Plaintiff's filing.

    Consequently, on August 15, 2016, the Court ordered Plaintiff to file a second amended complaint or notice of voluntary dismissal within thirty (30) days. (ECF No. 15.) Plaintiff was

expressly warned that if he failed to file a second amended complaint in compliance with the Court's order, this action would be dismissed, with prejudice, for failure to obey a court order and failure to state a claim. (Id. at p. 2.)  The deadline for Plaintiff to file his second amended complaint has passed, and he has not complied with or otherwise responded to the Court's order.[1]

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause, **within fourteen (14) days** of service of this order, why this action should not be dismissed based on Plaintiff's failure to comply with the Court's August 15, 2016 order, and for his failure to state a claim and failure to prosecute.

IT IS SO ORDERED.

Dated:   **October 6, 2016**               /s/ Barbara A. McAuliffe           
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] On September 14, 2016, Plaintiff filed a motion for an extension of time to file objections to then-pending Findings and Recommendations regarding another matter. (ECF No. 18.) This motion did not comply with his duty to file a second amended complaint.

2